FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 10 AM 11: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOLAND MARINE AND INDUSTRIAL COMPANY, L.L.C. and BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS | * * * * * | CIVIL ACTION<br>NO. 06-0077<br>SECTION " " |
| VERSUS | * * | |
| AMERICAN QUEEN, her engines, boilers, tackle and appurtenances, etc., *in rem*; and American Queen Steamboat, LLC, in personam, and Associated Federal Pilots and Docking Masters of Louisiana, L.L.C. | * * * * * | MAGISTRATE () SECT. C MAG. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### VERIFIED COMPLAINT

The Verified Complaint of plaintiff, BOLAND MARINE & INDUSTRIAL CO., L.L.C. (hereinafter "Boland"), and plaintiff, BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS ("Board") against defendants, AMERICAN QUEEN, her engines, tackle, boilers, equipment, appurtenances, etc., *in rem* and against its owner, American Queen Steamboat, LLC, *in personam*, and the Associated Federal Pilots and Docking Masters of Louisiana, L.L.C. stating an admiralty and maritime claim pursuant to the admiralty jurisdiction of this Honorable Court and within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure with respect represent:

### JURISDICTION

1.

Jurisdiction is proper pursuant to 28 U.S.C. § § 1331, and 1333, 46 U.S.C. § 740, Rule

Fee $250.00
___ Process____
X  Dktd____
V  CtRmDep____
___ Doc. No ____

9(h) of the Federal Rules of Civil Procedure, Rules C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and general maritime law.

## PARTIES

**2.**

At all times material hereto, plaintiff Boland was and is a Louisiana limited liability company organized and existing pursuant to the laws of the State of Louisiana with its principle place of business located in New Orleans, Louisiana.

**3.**

Plaintiff Board is a political subdivision of the State of Louisiana and the owner of the Perry Street Wharf in the Port of New Orleans.

**4.**

Defendant American Queen Steamboat, LLC is a Delaware entity and is the owner of the AMERICAN QUEEN.

**5.**

The AMERICAN QUEEN, at all times material, was and is a vessel documented under the laws of United States of America and is presently or will be during the pendency of this litigation, located within the jurisdiction of this Honorable Court.

**6.**

At all times pertinent, the Associated Federal Pilots and Docking Masters of Louisiana, L.L.C. was a Louisiana entity, which employed or contracted persons who were in charge of the navigation of the AMERICAN QUEEN for whose actions/ommissions, negligence and fault the

Associated is liable. The in personam and/or in rem defendants are further liable for the fault and negligence of the Associated Federal Pilots and Docking Masters of Louisiana, L.L.C. and, therefore, all named defendants are jointly, severally and solidarily liable for the damages claimed by plaintiffs herein.

## FACTS

### 7.

The Perry Street Wharf is located on the right descending bank of the Mississippi River in the Port of New Orleans and is leased by Boland Marine from the Board as a lay repair berth for vessels repairs.

### 8.

Boland Marine has a proprietary interest in the Perry Street Wharf.

### 9.

On January 10, 2005, the AMERICAN QUEEN, while underway and under the control of a federal pilot employed/contracted with the Associated Federal Pilots and Docking Masters of Louisiana, LLC, struck and damaged the Perry Street Wharf.

## CLAIMS

### 10.

Defendants American Queen Steamboat, LLC and the Associated Federal Pilots and Docking Masters of Louisiana, L.L.C. owed a duty to the general public, including Boland Marine and the Board, to operate and/or cause the AMERICAN QUEEN to be operated in a safe, non-negligent, and non-reckless manner.

11.

Defendants American Queen Steamboat, LLC and the Associated Federal Pilots and Docking Masters of Louisiana, L.L.C. by and through their employees, agents, charterers aboard the vessel, contractors or others in control of the navigation of AMERICAN QUEEN, breached their duty of reasonable care and were negligent in the following particulars:

a. Failing to prevent the allision between the AMERICAN QUEEN and the Perry Street Wharf;

b. Failing to properly navigate the AMERICAN QUEEN;

c. Failing to maintain a proper lookout while navigating;

d. Failing to observe safe practice;

e. Failing to take into account the known expected conditions of the waterway;

f. Other acts or omissions as discovery may reveal.

12.

Under general maritime law and the law of this Honorable Court, there is a presumption that, when a moving ship collides with a stationary object, the moving ship is at fault.

13.

As a direct, proximate, and foreseeable result of the negligence and fault of American Queen Steamboat, LLC, Associated Federal Pilots and Docking Masters of Louisiana, L.L.C., and unseaworthiness of the AMERICAN QUEEN, plaintiffs have been damaged in the amount of $165,000.00 for structural damages to the Perry Street Wharf, plus other damages for Boland Marine's business interruption necessary to carry out repairs to the Perry Street Wharf, plus pre-judgment interest, costs and attorney's fees which amount plaintiffs are entitled to recover from

defendants.

**15.**

Boland Marine is the proper party to pursue the instant claims by virtue of its proprietary interest in the Perry Street Wharf, its contractual obligation to repair same, and/or under the doctrine of advances and doctrine of equitable subrogation. Alternatively, the Board is the proper party to pursue the instant claim for damages to the Perry Street Wharf based on its ownership of same.

**16.**

The damages sustained by plaintiffs also gives rise to a maritime lien against the AMERICAN QUEEN in rem pursuant to the Federal Maritime Lien Act and general maritime law.

**WHEREFORE**, plaintiffs pray:

1) That this Verified Complaint be deemed good and sufficient;

2) That process in due form of law according to the rules and practices of this Court in

    causes of admiralty and maritime jurisdiction issue against defendants, and that said

    defendants be cited to appear and respond to the matters alleged herein by plaintiffs;

3) That process according to the rules and practices of this Court in causes of admiralty

    and maritime jurisdiction, particularly Rule C of the Supplemental Rules for

   Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, may issue against the AMERICAN QUEEN, her engines, tackle, boilers, equipment, and appurtenances, within this Court's jurisdiction;

4) That after due proceedings be had, there be judgment in favor of plaintiffs and against defendants jointly severally and solidarily for all amounts deemed reasonable in the premises and that the AMERICAN QUEEN, be condemned and sold to satisfy judgment to be entered in favor of the amount of plaintiffs' claims, together with interest, costs and attorneys fees;

5) That after due proceedings be had, Boland and the Board be granted any other legal or equitable relief or remedy to which it is entitled or this Court deems appropriate to grant.

        Respectfully submitted,

        _____
        /CARY DES ROCHES, #19550
        1100 Poydras, Suite 2300
        New Orleans, LA 70163-2300
        Telephone: (504) 569-1690
        Facsimile: (504) 569-1691
        **COUNSEL FOR BOLAND MARINE AND**
        **INDUSTRIAL COMPANY, L.L.C.** and
        **BOARD OF COMMISSIONERS FOR THE PORT OF**
        **NEW ORLEANS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BOLAND MARINE AND INDUSTRIAL COMPANY, L.L.C. and BOARD OF COMMISSIONERS FOR THE PORT OF NEW ORLEANS** | * * * * | CIVIL ACTION |
| | * | NO. |
| | * | SECTION " " |
| **VERSUS** | * | |
| | * | MAGISTRATE () |
| **AMERICAN QUEEN, her engines, boilers, tackle and appurtenances, etc., *in rem;* and American Queen Steamboat, LLC, in personam, and Associated Federal Pilots and Docking Masters of Louisiana, L.L.C.** | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned notary, personally came and appeared:

Paul Simmons

who, after being duly sworn, did depose and state the following:

1) That he is the President of Boland Marine and Industrial Company, L.L.C.;

2) That he has read the foregoing Verified Complaint and believes it to be true and accurate to the best of his knowledge and belief based on his personal knowledge and information contained in the business records of Boland Marine and Industrial Company, L.L.C.

_____
PAUL SIMMONS

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS
_____
NOTARY PUBLIC

**GARY A. DESROCHES**
**NOTARY PUBLIC**
**State of Louisiana, Bar No. 19580**
**My Commission is for life**

-2-

**JS 44** (Rev. 11/04)   **CIVIL COVER SHEET**   06-0077

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Boland Marine and Industrial Co., LLC and Board of Commissioners for the Port of [illegible]

**DEFENDANTS**
American [illegible] Lines, Facilities and appurtenances thereto, in rem; and American Queen Steamboat, LLC, in personam, and M/V Ted Pilot + Docking Masters, LA LLC

(b) County of Residence of First Listed Plaintiff: Orleans
County of Residence of First Listed Defendant: Delaware

(c) Attorney's (Firm Name, Address, and Telephone Number)
Cary A. DesRoches
1100 Poydras, Ste 2800, N.O. LA

## II. BASIS OF JURISDICTION
[X] 3 Federal Question

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. NATURE OF SUIT
[X] 340 Marine

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: Maritime Tort / Property damage / Economic loss

## VII. REQUESTED IN COMPLAINT

## VIII. RELATED CASE(S) IF ANY

DATE: Jan. 10, 2006